UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR 1 0 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States of America, )
      Plaintiff, )
)
vs. ) Case No. 04-cr-26-01-H
)
Brandon Gregory Outlaw, )
      Defendant. )

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: 3-17-04

At: 1:30 a.m. / **p.m.**

Before: Paul J. Cleary, United States Magistrate Judge.

The detention hearing will be held in magistrate courtroom #2 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103. Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: March 10, 2004

Paul J. Cleary
United States Magistrate Judge