AO 442 (Rev. 5/93) Warrant for Arrest

~~SEALED~~ unsealed 3-10-04


FILED MAR 11 2004 Phil Lombardi, Clerk U.S. DISTRICT COURT

# United States District Court

NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

v.

BRANDON GREGORY OUTLAW

**WARRANT FOR ARREST**

UNDER SEAL

CASE NUMBER: 04CR026H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___BRANDON GREGORY OUTLAW___
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE;
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of
Title ___21___ United States Code, Section(s) ___846, 841(a)(1)(C), 841(a)(1) & 841(b)(1)(C)___

Phil Lombardi, Clerk
Name of Issuing Officer                    Title of Issuing Officer

_/s/ L. Lichman_                            FEB 0 9 2004
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___TULSA, OKLAHOMA___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/10/2004 | THOMAS GIBSON/DEA | |
| DATE OF ARREST 03/10/2004 | By TFO ROBERT HEIDLAGE | TFO Robert Heidlage |



This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____