# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s) | ) | |
| | ) | / 18 |
| v. | ) Case No. 04-cr-26-01-H | |
| | ) Proceeding: Detention Hearing | |
| Brandon Gregory Outlaw, | ) Date: 3-17-2004 | |
| Defendant(s). | ) Court Time: 1:30 - 3:30 | |

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge    H. Overton, Deputy Clerk    Tape 04-CI-10
                                                                     In Camera 04-AJC-4

Counsel for Plaintiff: Rob Raley
Counsel for Defendant: Allen Smallwood (Ret.)
Minutes: Gov't has w/drawn mot for Det.
Amended PT Services report discussed
Court seeks "In Camera Hrg." + Agrees in ~~Conf~~
2:05-2:40 request
In Camera Hrg Held in Conf Room (Court, Deputy Clerk, Rob Raley, Allen Smallwood, (Mark Ogle + Nichole Lebeda USPO))
Statements made.
2:40 - Back on Record. Court grants Bond + ∆ executes same
Cont Hrg set 4-27-04 @ 9:30 a.m.
∆ to be released upon set up of Elec mont equipment at ∆'s home.

---

Court Time

16

Robert Thames Raley, Esq.
United States Attorney
333 W 4th St
Ste 3460
Tulsa, OK 74103



---

CRIMINAL MINUTES
---

4:04-cr-00026    USA v. Outlaw

---
DOCKET ENTRY
---

MINUTES DET HRG & IN CAMERA HRG before Magistrate Judge
Paul J. Cleary :
BOND HRG set for 9:30 4/27/04 for Brandon Gregory
Outlaw before Magistrate Judge Paul J. Cleary,
(cc: all counsel)

Hon. Paul J. Cleary, Magistrate Judge

#16