UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Garnishor, ) | |
| ) | |
| vs. ) | Case No. 04-CR-026-001-CVE |
| ) | |
| BRANDON GREGORY OUTLAW, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WELLS FARGO FINANCIAL, and its ) | |
| successors or assigns, ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR POST-JUDGMENT
CONTINUING WRIT OF GARNISHMENT and SUBPOENA

Pursuant to 28 U.S.C. § 3205, the United States of America hereby requests the Court to issue a writ of garnishment directed to: Wells Fargo Financial at 5355 E. 41st Street, Tulsa, OK 74135.

Based on information and belief, the United States believes that the Garnishee has possession, custody or control of property in which Defendant has a substantial non-exempt interest.

In support of its application, the United States would show the Court as follows:

Defendant's Name:            Brandon Gregory Outlaw

| | |
|---|---|
| Defendant's Last Known Address: | 6819 E. 83rd Place<br>Tulsa, OK  74133 |
| Date of Judgment: | June 30, 2005 |
| Nature of Judgment: | CRIMINAL JUDGMENT |
| Judgment Amount: | $3,300.00 |
| Costs Awarded: | $-0- |
| Amount of Post-Judgment Interest Accrued to Date: | $.00 |
| Surcharge Under § 3011: | $-0- |
| Total Amount Still Owing: | $3,300.00 |

More than 30 days prior to this Application, the United States made demand on Defendant for the total amount still owing.  Despite this demand, Defendant has not paid the amount still owing.

The United States also requests that, pursuant to 28 U.S.C. § 3015(a) and Fed. R. Civ. P. 45, the Writ act as a subpoena to Garnishee for production of a statement for each account in which Defendant has an interest showing a history of the account from the date the Writ is served on Garnishee to the date Garnishee files its answer.  The information in such a statement is relevant to the financial condition of the debtor.  The statements are, therefore, discoverable under § 3015(a) and Rule 45.  Production of statements of account in connection with this garnishment proceeding is authorized by the Right to Financial Privacy Act, 12 U.S.C. § 3413(e), without reimbursement of Garnishee's expense in producing the accounts by the United States, 12 U.S.C. § 3415.

Dated this <u>21</u> day of July 2005.

                                        DAVID E. O'MEILIA
                                        United States Attorney

By:    <u>s/phil pinnell</u>
        PHIL PINNELL OBA #7169
        Assistant United States Attorney
        110 West 7th Street, Ste. 300
        Tulsa, Oklahoma  74119
        (918) 382-2700