# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP 19 2005
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff/Garnishor,  ) | |
| ) | |
| vs.  ) | Case No. |
| ) | 04-CR-026-001-CVE |
| BRANDON GREGORY OUTLAW,  ) | |
| ) | |
| Defendant,  ) | |
| ) | |
| and  ) | |
| ) | |
| WELLS FARGO BANK, and its successors  ) | |
| or assigns,  ) | |
| ) | |
| Garnishee.  ) | |

## GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment, Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being prepared by:

Name: Sherri Stokes

Title:

Address:  WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038-9779

Phone Number:

___ Drop Box  ✓ Mail  ___ No Cert Svc  ___ No Orig Sign  ___ C/J  ___ C/MJ
___ C/ker'd  ___ No Env  ___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/MJ

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as:   (check those that apply)

    An Individual

        ☐    In my personal capacity.

        ☐    Doing business as,

            Name of d/b/a:
            Address:
            Phone Number:

☐    A Partnership; and Garnishee is:

        ☐    A general partner

        ☐    A limited partner

    Name of Partnership:
    Address:
    Phone Number:

☒    A Corporation

    Name of Corporation:    WELLS FARGO BANK
    Address:    LEVY PROCESSING
    Phone Number:    MAC S3928-021
    State of Incorporation:    PO BOX 29779
    Principal Place of Business:    PHOENIX, AZ 85038-9779

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment:  9-13-5
Property Subject to the Previous Garnishment:  Bank Accounts

-- 2 --

### DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Garnishee states as follows:        (check those that apply)

☐　　From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

☒　　Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

　　Description of Property:　　　　　Account closed
　　Approximate Value of Property:
　　Defendant's Interest in the Property:

☐　　Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

　　Description of Property:
　　Approximate Value of Property:
　　Defendant's Interest in the Property:
　　When Defendant Will Acquire An Interest in the Property:

☐　　As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

　　Defendant is paid: ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly
　　Date Previous Pay Period Ended:
　　Date Current Pay Period Ends:

　　a.　Defendant's Gross Pay:
　　b.　Federal Income Tax Withheld:
　　c.　F.I.C.A. Withheld:
　　d.　State Income Tax Withheld:
　　e.　Total Withholdings (b + c + d):
　　f.　Net Earnings (a - e):

## GARNISHEE'S CLAIMS

Garnishee makes the following claims:   (check those that apply)

☐   Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption:
Nature of Exemption:

☐   Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control:

(describe nature of objection, defense, or set-off)

## CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

☐   Defendant

Date of Service:
Method of Service: (include address if service was by mail)

and

☐   **United States Attorney's Office
110 West 7th Street, Ste. 300
Tulsa, Oklahoma 74119**

Date of Service:
Method of Service: (include address if service was by mail)

-- 4 --

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: 9-14-5

Signature: _Shaui Stokes_

Subscribed and sworn before me this 14th day of Sept 2005

_Janna Long_
Notary Public                                        (SEAL)

Commission Expires: 1-24-09

OFFICIAL SEAL
JANNA LONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2009

-- 5 --